# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFREY M. REYNOLDS

NO. 2019 KW 1347

JAN 0 6 2020

---

In Re:     Jeffrey M. Reynolds, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 12-FELN-028551.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** As to relator's claim of double jeopardy, relator raised that claim with this court in the first instance. Relator should first seek relief in the district court.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.